UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** _____ |
| v. | : | Violation: |
| **SAENA TECH CORPORATION,** | : | 18 U.S.C. § 201 (Bribery of a Public Official) |
| **Defendant.** | : | |

## I N F O R M A T I O N

The United States Attorney charges:

From in or about February 2009 through in or about 2010, in a continuing course of conduct, in the District of Columbia and elsewhere, the defendant, SAENA TECH CORPORATION, with offices in Seoul, South Korea, as a subcontractor for U.S.-based government contracting companies providing technical services and equipment for the Eighth United States Army, did, directly and indirectly, corruptly give, offer, and promise things of value to a public official, namely Public Official C, a Contracting Officer Technical Representative for a task on a prime contract with the Eighth United States Army, and corruptly offered and promised things of value to Public Official C personally and to other persons and entities as directed by Public Official C, with the intent to influence official acts, to influence Public Official C to commit and aid in committing, collude in, and allow fraud, and make opportunity for the commission of fraud on the United States, and to induce Public Official C to do and omit to do acts in violation of Public Official C's lawful duties, to wit, SAENA TECH gave, offered, and promised in excess of $250,000 in cash and other things of value, including meals and entertainment, to Public Official C and for Public Official C's benefit in return for

1

Public Official C using Public Official C's official assistance to direct subcontracts to Saena Tech and providing preferential treatment for Saena Tech with subcontracts awarded through the United States Department of the Army.

> **(Payment of a Bribe to a Public Official, in Violation of Title 18, United States Code, Sections 2 and 201(b)(1)(A), (B), and (C))**

RONALD C. MACHEN JR.
United States Attorney
In and For the District of Columbia

By: _____
MICHAEL K. ATKINSON
BRYAN SEELEY
D.C. Bar No. 501681
JAMES E. SMITH
Assistant United States Attorneys
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530
202.252.1749
Bryan.Seeley@usdoj.gov

DATED: March 24, 2014